Universal Vending Service Company, appellee, v. Harry G. Aleck, also known as Harry Alleck, appellant. Gen. No. 28,582.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

Universal Vending Service Company, appellee, v. Vito Pacelli, appellant. Gen. No. 28,583.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

Universal Vending Service Company, appellee, v. Bennie Gold, appellant. Gen. No. 28,584.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

Universal Vending Service Company, appellee, v. Mrs. Etta Cohen, appellant. Gen. No. 28,585.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

Universal Vending Service Company, appellee, v. Frank Indelli, appellant. Gen. No. 28,586.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

Universal Vending Service Company, appellee, v. Mrs. Minnie Petty, appellant. Gen. No. 28,587.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.